UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON,<br>Petitioner,<br>v.<br>THE PEOPLE OF CALIFORNIA,<br>Respondent. | Case No. 19-cv-05494-PJH<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court dismissed the second amended petition with leave to amend after discussing the deficiencies with the petition. The time to file a third amended petition has passed and petitioner has not submitted a third amended petition. The case is **DISMISSED** for the reasons set forth in the prior order. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 23, 2020

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge